**THIS ORDER IS
APPROVED.**



**Dated: May 11, 2010**

_James M. Marlar_
**JAMES M. MARLAR
Chief Bankruptcy Judge**

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-08857

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| IN RE: | No. 4:10-bk-02355-JMM |
| Elisabeth Ann Humphrey<br>         Debtor. | Chapter 7 |
| Wells Fargo Bank, N.A.<br>         Movant,<br>    vs. | ORDER<br><br>(Related to Docket #32) |
| Elisabeth Ann Humphrey, Debtor, Stanley J.<br>Kartchner, Trustee.<br><br>         Respondents. |  |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 19, 2007 and recorded in the office of the Pinal County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Elisabeth Ann Humphrey has an interest in, further described as:

Parcel No. 1:
The Northeast quarter of the Northwest quarter of the Northwest quarter of the Southwest quarter of Section 35, Township I South, Range 10 East of the Gila and Salt River Base and Meridian, Pinal County, Arizona.

Parcel No. 2:
An easement for ingress and egress and the right of way described as follows:
That portion of the South half of the Northwest quarter of the Northwest quarter of the Southwest quarter of Section 35, Township 1 South, Range 10 East of the Gila and Salt River Base and meridian, Pinal County, Arizona, described as follows:

Beginning at the Northeast comer of said land;

Thence South 00 degrees 06 minutes 47 seconds West, a distance of 72 feet along the East boundary of the Northwest quarter of the Northwest quarter of the Southwest quarter of said Section 35 to the Northerly boundary of the 24 foot wide asphalt road;

Thence South 77 degrees 51 minutes 10 seconds West, 23.54 feet along said road;

Thence North 00 degrees 06 minutes 47 seconds East 77 feet:

Thence South 89 degrees 52 minutes 56 seconds East, 23 feet to the Point of Beginning

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.